IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                                  CASE NO.: 4:08cr3-SPM

NAKIA MCCLAIN,

       Defendant.
_____/

## ORDER GRANTING REQUEST FOR JUDICIAL NOTICE

Pending before the Court is Defendant's request for judicial notice (doc. 42). Defendant requests that this Court take judicial notice of Judge William C. Sherrill's "Order of Detention Pending Trial" (doc. 16). Upon consideration, it is

ORDERED AND ADJUDGED that Defendant's motion (doc. 42) is ***granted***.

DONE AND ORDERED this   21st   day of April, 2008.


           *s/ Stephan P. Mickle*
           Stephan P. Mickle
           United States District Judge