IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.   CASE NO.: 4:08cr3-SPM

NAKIA MCCLAIN,

      Defendant.

_____/

### ORDER ALLOWING COUNSEL TO VIEW SEALED DOCUMENTS

Pending before the Court is Defendant's "Unopposed Motion for Leave of Court to Review Sealed Documents" (doc. 72). The documents at issue were provided to Defendant's trial counsel. Defendant's counsel on appeal should be allowed to view the documents. Accordingly, it is

ORDERED AND ADJUDGED:

1. The motion (doc. 72) is **granted in part**.

2. The Clerk shall allow attorney Robert Augustus Harper to view documents 5, 21, 25, 28, 32, 33, 35, 37, 44, and 46.

3. Document 58 is a sealed version of document 57, the jury verdict. The request for permission to view document 58 is **denied**.

DONE AND ORDERED this <u>first</u> day of October, 2008.

          *s/ Stephan P. Mickle*
          Stephan P. Mickle
          United States District Judge