**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA

v.  CASE NO.: 4:08cr3-SPM/GRJ

NAKIA McCLAIN

_____/

**O R D E R**

This cause comes before the court upon the magistrate judge's Report and Recommendation dated October 30, 2012. (Doc. 115). Defendant was given an opportunity to file an objection to the report and recommendation and has done so. (Doc. 116). I have made a de novo determination of the timely filed objection pursuant to 28 U.S.C. § 636(b)(1)(C).

Having considered the Report and Recommendation, and the objections timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The motion to vacate, set aside, or correct (doc. 96) is DENIED.

3. A certificate of appealability is DENIED.

4. Under the circumstances presented, defendant is advised that he may petition the Eleventh Circuit Court of Appeals directly and request the court to recall the mandate in defendant's case and issue a new one, reaffirming defendant's conviction and resetting the deadline to petition the Supreme Court for *certiorari* review. *See Nnebe v. United States*, 534 F.3d 87 (2d Cir. 2008); *United States v. Johnson*, 308 Fed.Appx. 768 (5th Cir. 2009); *Ordonez v. United States*, 588 F.2d 448, 449 (5th Cir. 1979); *Lacaze v. United States*, 475 F.2d 1075, 1076, 1079 (5th Cir. 1972). If granted, this will reset the

deadline to file a petition for writ of *certiorari* with the United States Supreme Court. This remedy does not come from the District Court but instead must come from the Court of Appeals.

**DONE AND ORDERED** this 8th day of January, 2013.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**