UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                                        CASE NO.: 4:08cr3-SPM/GRJ

NAKIA McCLAIN

_____/

## O R D E R

This cause comes before the court upon the Defendant's letter to the court (doc. 119) that was construed by the Docket Clerk as a Motion for Extension of Time to File Notice of Appeal. On January 8, 2013, the court denied the Defendant's motion to vacate sentence pursuant to 18 U.S.C. § 2255. Now it seems that the Defendant is considering appealing this decision.

In a civil matter where the United States is a party, a party has 60 days after entry of the judgment or order to appeal. Fed.R.App.P. 4(a)(1)(B). A District Court may extend the time to file a notice of appeal if the motion is timely filed and the party shows excusable neglect or good cause. Fed.R.App.P. 4(a)(5)(A). The District Court may only extend the deadline by 30 days after the original time to file or 14 days after the date when granting the motion is entered, whichever is later. Fed.R.App.P. 4(a)(5)(C).

Defendant avers that he is in the process of being transferred, presumably from one Bureau of Prisons facility to another. He currently does not know when he will settle into his new facility. Good cause having been found on this timely motion, it is hereby ORDERED that the Defendant's motion (doc. 119) is GRANTED. The Defendant shall have no later than **April 8, 2013**, to file his notice of appeal.

**DONE and ORDERED** this 4th day of February, 2013.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**